**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CIVIL ACTION NO.: 3:26-CV-121 (GROH)**

**YONG XIAN LIN, Axxx-xxx-210,**
**a/k/a YUNG HSING LIN,**
**a/k/a YUNG XIAN LIN,**
**a/k/a JOHN DOE, Axxx-xxx-078,**

**Defendant.**

**ORDER GRANTING PRO HAC VICE ADMISSION**

Upon consideration of the Application for Admission *Pro Hac Vice* of Caridad Pastor [ECF No. 5], the Court **ORDERS** that the Application be, and the same is hereby, **APPROVED**. The Applicant may appear *pro hac vice* in this matter on behalf of the represented party.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** October 8, 2026

GINA M. GROH
UNITED STATES DISTRICT JUDGE